EXHIBIT "3"

SFD    OWNER OCCUPIED

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 5578 | 0031 | | NY |

**American Security Insurance Company**
PO BOX 50355, ATLANTA, GA 30302
A Stock Insurance Company

POLICY NUMBER:
ALR07556724339

**RESIDENTIAL PROPERTY POLICY**
**DECLARATIONS**

**NAMED INSURED (Mortgagor)** - Name and Address (Street No., City, State, Zip)
ARIF IZMIRLIGIL
C/O RONALD D WEISS
4665 NESCONSET HWY
PRT JEFFERSON STA, NY 11776

**MORTGAGEE** -Name and Address
SELECT PORTFOLIO SERVICING, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 7277
SPRINGFIELD, OH 45501-7277

LOAN NUMBER: 0015632763

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 11/01/2013  EXPIRATION DATE: 11/01/2014 | DWELLING | $1,069,101 | $10,032.00 |
| EFFECTIVE TIME:  NOON [ ]  12:01 A.M. [X] | | | |
| DESCRIBED LOCATION  (if different from mailing address above) 15 SAILORS CT  MILLER PLACE, NY 11764 | | | |
| | | | |
| | | | |
| | | | |
| | Fire Insurance Fee | 1.25% | N/A |
| | ANNUAL PREMIUM AMOUNT | | $10,032.00 |
| | ANNUAL TOTAL CHARGED | | $10,032.00 |

Forms and endorsements which are made a part of this policy at time of issue:
MSP-RES-INV-J (12-09),MSP-RES-INV-2 (8-88),MSP-CERT-ACTS-END (03-08)
MSP-RES-INV-NY(8-88),N8051 (01-08),DF00244A (04-13)

**Perils Insured Against and Coverage Provided:** Coverage applies to insured property against risk of direct physical loss in accordance with the provisions of the attached Residential Property Coverage form, and which is not excluded.

**Deductibles:**

With respect to all perils except Theft or Vandalism and Malicious Mischief, the sum of $500 shall be deducted from the amount which would otherwise be recoverable for each loss separately occurring. With respect to Theft or Vandalism and Malicious Mischief a $500 per loss deductible applies. With respect to vacant property a $1,000 per loss deductible applies for Theft or Vandalism and Malicious Mischief.

CLAIMS INFORMATION ONLY
1-800-326-2845

ALL OTHER INQUIRIES
1-800-641-2754

Agency at

AUTHORIZED REPRESENTATIVE

Countersignature Date

01/20/2014

MSP-RES-INV-1-A NY(05/10)          Page 1 of 1          DECS30-0111