EXHIBIT "4"

# AMERICAN SECURITY INSURANCE COMPANY

PO BOX 50355, ATLANTA, GA 30302

A Stock Insurance Company

December 16, 2013

**INSURANCE BINDER**

BINDER NUMBER:
007550000

| COMPANY USE | |
|---|---|
| Major | PMS |
| 5578 | 0QU7001 |

**NAMED INSURED (MORTGAGOR)- Name and Address**
ARIF IZMIRLIGIL
C/O RONALD D WEISS
4665 NESCONSET HWY
PRT JEFFERSON STA, NY  11776

**MORTGAGEE-Name and Address**
SELECT PORTFOLIO SERVICING, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 7277
SPRINGFIELD, OH  45501-7277

LOAN NUMBER: 0015632763

| BINDER PERIOD: 56 DAYS | | | | Described Location |
|---|---|---|---|---|
| EFFECTIVE TIME: 12:01 a.m. | | | | 15 SAILORS CT  MILLER PLACE, NY  11764 |
| | Mo | Day | Yr. | Coverage Amount | |
| INCEPTION: | | 11/01/2013 | | $1,069,101 | |
| EXPIRATION: | | 12/27/2013 | | Annual Premium *  $10,032.00 | |

\* This amount may include state required assessments, surcharges, taxes and fees.

At the request of your mortgage servicer, AMERICAN SECURITY INSURANCE COMPANY has issued temporary coverage in the form of an insurance binder for the period shown above. This binder covers the described property for risks of direct loss subject to the terms, conditions and limitations of the policy in current use by us.

This policy only covers buildings and structures. It does not cover your contents or personal property, nor does it provide you with liability coverage.

CLAIMS INFORMATION ONLY
1-800-326-2845

ALL OTHER INQUIRIES
1-800-641-2754



MSP-BIN-HAZ-INV (04-09)

BINHINV-1210