EXHIBIT "5"


ARIF S. IZMIRLIGIL, D.D.S.
4665 Nesconset Hwy.
Port Jefferson Station, NY 11776

Telephone: (631) 642-1600
Fax: (631) 642-9281

SPS, Inc.  12/25/2013
P.O Box 7277
Springfield, OH 45501-7277

American Security Insurance Company
P.O Box 50355
Atlanta, GA 30302
Certified Return Receipt Mail No: 7013 1710 0000 6754 5155
    Re: Request for Hazard Insurance for the Subject Property
ATTENTION TO SPS, INC AND AMERICAN SECURITY INSURANCE COMPANY

1. This responds to your correspondence dated December 16, 2013 and I declare that I have the Homeowners policy ("Hazard Insurance") for the Residence premises located at 15 Sailors Court, Miller Place, New York, 11764. The Policy period starts from July 26, 2013 to July 26, 2014.
2. JP. Morgan Chase Bank, NA as alleged Servicer of the subject loan, has all the necessary information in regard to my Hazard Insurance and required "Mortgage Clause" on my policy. Alternatively, use attached "Notice of Assignment" dated November 1, 2013 which indicates that 'Transfer of the Servicing of the Mortgage loan does not affect any term or the Condition of the Instruments" from Chase to SPS, Inc.
Since the Policy Period covers from July 26, 2013 to July 26, 2014 and "paid in full" by me until July 26, 2014, please contact your "Assignor" Chase Bank for any additional information.
3. Any attempt "to buy insurance" or "to issue coverage" without "My Authorization" on behalf of me for my residence, will be a violation of my legal rights and will be subject to Court action.
4. Start communicating through my legal representative and do not contact me directly, I already sent my "Cease and Desist Contact Letter" twice and SPS, Inc. is in violation of my Legal rights. I demand an end to this "Harassment" immediately or I will move the same Court through my attorney for a "Restraining Order" against SPS, Inc.

CC: Ronald D. Weiss, Esq.       Dr. Arif S. Izmirligil
Enc: Cease and Desist Letter
Enc: ASIC Letter and SPS Letter.
Enc: Declaration Page of Hazard Insurance Policy

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Wendy Daniels* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Wendy D...* C. Date of Delivery Dec 30 2013 |
| 1. Article Addressed to:<br>Select Portfolio Servicing, Inc.<br>Att: Cemrhon Lockett<br>P.O. Box 65250<br>Salt Lake City, UTAH 84165 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 1710 0000 6754 5179 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SALT LAKE CITY UT 84165

| | | |
|---|---|---|
| Postage | $ | $0.66 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.31 |

Postmark Here 12/26/2013

7013 1710 0000 6754 5179

Sent To: SPS, Inc - Att: Cemrhon Lockett
Street, Apt. No.; or PO Box No.: P.O. Box 65250
City, State, ZIP+4: Salt Lake City, UTAH 84165

PS Form 3800, August 2006   See Reverse for Instructions

## U.S. Postal Service Certified Mail Receipt

**Receipt 1:** 7013 1710 0000 6755 1996

- ATLANTA GA 30302
- Postage: $0.46
- Certified Fee: $3.10
- Return Receipt Fee (Endorsement Required): $0.00
- Restricted Delivery Fee (Endorsement Required): $0.00
- Total Postage & Fees: $3.56
- Date: 12/26/2013
- Postmark: 0766 08

Sent To: American Security Ins Company
Street, Apt. No.; or PO Box No.: P.O. Box 50355
City, State, ZIP+4: Atlanta, GA 30302

PS Form 3800, August 2006

**Receipt 2:** 7013 1710 0000 6754 5155

- SPRINGFIELD OH 45501
- Postage: $0.66
- Certified Fee: $3.10
- Return Receipt Fee (Endorsement Required): $2.55
- Restricted Delivery Fee (Endorsement Required): $0.00
- Total Postage & Fees: $6.31
- Date: 12/26/2013
- Postmark: 0766 08

Sent To: Select Portfolio Servicing, Inc.
Attn: Insurance Dept.
Street, Apt. No.; or PO Box No.: P.O. Box 7277
City, State, ZIP+4: Springfield, OH 45501-7277

PS Form 3800, August 2006

---

## Domestic Return Receipt (PS Form 3811, February 2004)

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Select Portfolio Servicing, Inc.
   Attn: Insurance Dept.
   P.O. Box 7277
   Springfield, OH 45501-7277

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
☐ Agent
☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

DEC 31 2013

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 1710 0000 6754 5155

102595-02-M-1540

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Select Portfolio Servicing, Inc.
Tax Department
1123 Parkview Drive
Covina, CA 91724

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Robert Catanese
☐ Agent
☐ Addressee

B. Received by (Printed Name): Robin Catanese
C. Date of Delivery: 12-30-13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 1710 0000 6754 5162

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

COVINA CA 91724

| | | |
|---|---|---|
| Postage | $ | $0.66 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.31 |

Postmark Here: 0786 08 12/26/2013

Sent To: SPS/Tax Department
Street, Apt. No.; or PO Box No.: 1123 Parkview Drive
City, State, ZIP+4: Covina, CA 91724

PS Form 3800, August 2006   See Reverse for Instructions

Article Number: 7013 1710 0000 6754 5162