EXHIBIT "6"

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

February 19, 2015

ARIF IZMIRLIGIL   14767
C/O RONALD D WEISS
4665 NESCONSET HWY
PORT JEFFERSON STATION NY 11776

Account Number:

Dear Customer(s):

As the mortgage servicer on the above referenced account, Select Portfolio Servicing, Inc. (SPS) has enclosed your annual account activity statement.

If you have any questions regarding this letter or your annual history statement, please contact our Customer Service Department toll-free at 1-800-258-8602. Representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also write to us at P.O. Box 65250, Salt Lake City, UT 84165-0250.

Sincerely,

Select Portfolio Servicing, Inc.

**FOR NY RESIDENTS:** SPS is registered with the New York State Department of Financial Services. You may file complaints or obtain further information from the Department by calling the Department's Consumer Assistance Unit at 1-877-BANK-NYS (226-5697) or by visiting the Department's website at http://www.dfs.ny.gov/.

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contestar cualquier pregunta llamando al teléfono 1-800-831-0118 y marque la opción 2.

This information is intended for informational purposes only and is not considered an attempt to collect a debt.

IT701
14767

0015632763

ARIF IZMIRLIGIL                                                                    RE: Loan No. C

---- ACCOUNT ACTIVITY STATEMENT ----

| TRANSACTION DESCRIPTION | PROCESS DATE | DUE DATE | TOTAL AMOUNT | PRINCIPAL AMOUNT | INTEREST AMOUNT | ESCROW AMOUNT | FEES | OPTIONAL INSURANCE | MISC |
|---|---|---|---|---|---|---|---|---|---|
| PROP PRESERVATION DISB | 01/08 | | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 |
| HOMEOWNERS INS | 01/14 | 01/14 | $2,508.00- | $0.00 | $0.00 | $2,508.00- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 01/14 | 05/09 | $2,508.00 | $0.00 | $0.00 | $2,508.00 | $0.00 | $0.00 | $0.00 |
| PROP PRESERVATION DISB | 01/24 | | $89.00 | $0.00 | $0.00 | $0.00 | $89.00 | $0.00 | $0.00 |
| HOMEOWNERS INS | 02/05 | 02/14 | $836.00- | $0.00 | $0.00 | $836.00- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 02/05 | 05/09 | $836.00 | $0.00 | $0.00 | $836.00 | $0.00 | $0.00 | $0.00 |
| HOMEOWNERS INS | 03/10 | 03/14 | $836.00- | $0.00 | $0.00 | $836.00- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 03/10 | 05/09 | $836.00 | $0.00 | $0.00 | $836.00 | $0.00 | $0.00 | $0.00 |
| HOMEOWNERS INS | 04/01 | 04/14 | $836.00- | $0.00 | $0.00 | $836.00- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 04/01 | 05/09 | $836.00 | $0.00 | $0.00 | $836.00 | $0.00 | $0.00 | $0.00 |
| HOMEOWNERS INS | 05/06 | 05/14 | $836.00- | $0.00 | $0.00 | $836.00- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 05/06 | 05/09 | $836.00 | $0.00 | $0.00 | $836.00 | $0.00 | $0.00 | $0.00 |
| CITY TAX | 05/12 | 05/14 | $14,665.50- | $0.00 | $0.00 | $14,665.50- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 05/12 | 05/09 | $14,665.50 | $0.00 | $0.00 | $14,665.50 | $0.00 | $0.00 | $0.00 |
| HOMEOWNERS INS | 06/03 | 06/14 | $836.00- | $0.00 | $0.00 | $836.00- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 06/03 | 05/09 | $836.00 | $0.00 | $0.00 | $836.00 | $0.00 | $0.00 | $0.00 |
| HOMEOWNERS INS | 06/30 | 07/14 | $836.00- | $0.00 | $0.00 | $836.00- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 06/30 | 05/09 | $836.00 | $0.00 | $0.00 | $836.00 | $0.00 | $0.00 | $0.00 |
| STATUTORY EXP DISB | 07/10 | | $187.50 | $0.00 | $0.00 | $0.00 | $187.50 | $0.00 | $0.00 |
| HAZARD INS REFUND | 07/14 | 05/09 | $181.00 | $0.00 | $0.00 | $181.00 | $0.00 | $0.00 | $0.00 |
| REPAY OF ESCROW ADVANCE | 07/14 | 05/09 | $0.00 | $0.00 | $0.00 | $181.00- | $0.00 | $0.00 | $0.00 |
| HOMEOWNERS INS | 07/14 | 07/14 | $2,872.00- | $0.00 | $0.00 | $2,872.00- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 07/14 | 05/09 | $2,872.00 | $0.00 | $0.00 | $2,872.00 | $0.00 | $0.00 | $0.00 |
| ATTORNEY FEES DISB | 11/21 | | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| CITY TAX | 12/18 | 12/14 | $15,004.11- | $0.00 | $0.00 | $15,004.11- | $0.00 | $0.00 | $0.00 |
| ESCROW ADVANCE | 12/18 | 05/09 | $15,004.11 | $0.00 | $0.00 | $15,004.11 | $0.00 | $0.00 | $0.00 |

14767