EXHIBIT "7"

# HOMEOWNER POLICY DECLARATIONS

**SCOTTSDALE INSURANCE COMPANY®**
Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number:** HOS1385529

**Renewal of Number:** HOS1239409

**Named Insured and Mailing Address:**
ARIF S IZMIRLIGIL
15 SAILORS CT
MILLER PLACE NY 11764

**General Agent:** SOVEREIGN INSURANCE SERVICES, INC
**Insured's Producer:**

**Agent No.:**     **Program No.:**

**Policy Period:** From: 07-26-2017  To: 07-26-2018  Term: 1 Year
12:01 A.M. Standard Time at the Described Location.

This insurance applies to the Residence Premises. Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
15 SAILORS CT, MILLER PLACE, NY 11764

| Property Coverages: | Limits of Liability | Premiums |
|---|---|---|
| A—Dwelling | $ 500,000 | $ 2,572 |
| B—Other Structures | $ 50,000 | $ INCLUDED |
| C—Personal Property | $ 250,000 | $ INCLUDED |
| D—Loss of Use | $ 50,000 | $ INCLUDED |

| Additional Perils Insured Against: | Limits of Liability | Premiums |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

| Liability Coverages: | Limits of Liability | Premiums |
|---|---|---|
| E—Personal Liability | $ 500,000 | $ 55 |
| F—Medical Payments to Others | $ 5,000 | $ 44 |

| Optional Coverages: | Limits of Liability | Premiums |
|---|---|---|
| Loss Assessment | $ 1,000 | $ INCLUDED |

**Deductibles:** Property Deductible(s): $ 1,000   Wind/Hail: 5%   Earthquake:
**Personal Liability Deductible:**

**Form(s) and endorsement(s) made part of this policy for this location:** See Schedule of Forms and Endorsements - Form UTS-SP-2L
**Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:**
See Schedule of Mortgagee(s), Additional Insured(s) and Leinholder(s) - Form UTS-264

**Rating Information:** Year of Construction: 1988   Territory: 002   Fire District or Town:   Protection Class: 04
**Construction:** FRAME   No. of Families: 1   Occupancy: PRIMARY
**Feet From Hydrant:**   Miles From Fire Station:   Square Feet: 5000

**Policy Totals:**
Billed to: AGENT
No Flat Cancellations

THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION, AND IN THE EVENT OF THE INSOLVENCY OF THE INSURER(S), NOT PROTECTED BY THE NEW YORK STATE SECURITY FUNDS. THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE INSURANCE DEPARTMENT PERTAINING TO POLICY FORMS.

**Sub-Total Premium:** $ 2,671.00
**Total Taxes and Fees:** $ 200.70
**Total Policy Premium:** $ 2,871.70
**Minimum Earned Premium:** $ 668.00

THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

HOS-D-2 (8-01)   06-21-17   ALAN / ALAN

Mortgagee Copy

# HOMEOWNER POLICY DECLARATIONS

**SCOTTSDALE INSURANCE COMPANY®**
Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

Policy Number: HOS1239409

Renewal of Number: HOS1207787

**Named Insured and Mailing Address:**
ARIF S IZMIRLIGIL
15 SAILORS CT
MILLER PLACE NY 11764

**General Agent:** SOVEREIGN INSURANCE SERVICES, INC
**Insured's Producer:**

Agent No.: _____  Program No.: _____

**Policy Period:** From: 07-26-2016  To: 07-26-2017  Term: 1 Year
12:01 A.M. Standard Time at the Described Location.

This insurance applies to the Residence Premises. Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
15 SAILORS CT, MILLER PLACE, NY 11764

| Property Coverages: | Limits of Liability | Premiums |
|---|---|---|
| A—Dwelling | $ 500,000 | $ 2,572 |
| B—Other Structures | $ 50,000 | $ INCLUDED |
| C—Personal Property | $ 250,000 | $ INCLUDED |
| D—Loss of Use | $ 50,000 | $ INCLUDED |

Additional Perils Insured Against: Limits of Liability / Premiums

| Liability Coverages: | Limits of Liability | Premiums |
|---|---|---|
| E—Personal Liability | $ 500,000 | $ 55 |
| F—Medical Payments to Others | $ 5,000 | $ 44 |

| Optional Coverages: | Limits of Liability | Premiums |
|---|---|---|
| Loss Assessment | $ 1,000 | $ INCLUDED |

**Deductibles:** Property Deductible(s): $ 1,000  Wind/Hail: 5%  Earthquake:
Personal Liability Deductible:

Form(s) and endorsement(s) made part of this policy for this location: See Schedule of Forms and Endorsements - Form UTS-SP-2L

Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:
See Schedule of Mortgagee(s), Additional Insured(s) and Lienholder(s) - Form UTS-264

**Rating Information:** Year of Construction: 1988  Territory: 002  Fire District or Town:  Protection Class: 04
Construction: FRAME  No. of Families: 1  Occupancy: PRIMARY
Feet From Hydrant:  Miles From Fire Station:  Square Feet: 5000

**Policy Totals:**  Sub-Total Premium: $ 2,671.00

Billed to: AGENT

No Flat Cancellations

Total Taxes and Fees: $ 200.97
**Total Policy Premium:** $ 2,871.97
Minimum Earned Premium: $ 668.00

THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

HOS-D-2 (8-01)                                         07-26-16    ALAN
                                                                    ALAN
Insured Copy

# HOMEOWNER POLICY DECLARATIONS

**SCOTTSDALE INSURANCE COMPANY®**
Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number:** HOS1207787

**Renewal of Number:** HOS1170272

**Named Insured and Mailing Address:**
ARIF S IZMIRLIGIL
15 SAILORS CT
MILLER PLACE NY 11764

**General Agent:** SOVEREIGN INSURANCE SERVICES, INC
**Insured's Producer:**
**Agent No.:**
**Program No.:**

**Policy Period:** From: 07-26-2015  To: 07-26-2016  **Term:** 1 Year
12:01 A.M. Standard Time at the Described Location.

This insurance applies to the Residence Premises. Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
15 SAILORS CT, MILLER PLACE, NY 11764

| Property Coverages: | Limits of Liability | Premiums |
|---|---|---|
| A—Dwelling | $ 500,000 | $ 2,572 |
| B—Other Structures | $ 50,000 | $ INCLUDED |
| C—Personal Property | $ 250,000 | $ INCLUDED |
| D—Loss of Use | $ 50,000 | $ INCLUDED |

**Additional Perils Insured Against:** Limits of Liability / Premiums

| Liability Coverages: | Limits of Liability | Premiums |
|---|---|---|
| E—Personal Liability | $ 500,000 | $ 55 |
| F—Medical Payments to Others | $ 5,000 | $ 44 |

| Optional Coverages: | Limits of Liability | Premiums |
|---|---|---|
| Loss Assessment | $ 1,000 | $ INCLUDED |

**Deductibles:** Property Deductible(s): $ 1,000   Wind/Hail: 5%   Earthquake:
**Personal Liability Deductible:**

Form(s) and endorsement(s) made part of this policy for this location: See Schedule of Forms and Endorsements - Form UTS-SP-2L
Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:
See Schedule of Mortgagee(s), Additional Insured(s) and Lienholder(s) - Form UTS-264

**Rating Information:** Year of Construction: 1988  Territory: 002  Fire District or Town:  Protection Class: 04
**Construction:** FRAME   No. of Families: 1   Occupancy: PRIMARY
**Feet From Hydrant:**   Miles From Fire Station:   Square Feet: 5000

**Policy Totals:**
**Billed to:** AGENT
**No Flat Cancellations**

THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION AND IN THE EVENT OF THE INSOLVENCY OF THE INSURER(S), NOT PROTECTED BY THE NEW YORK STATE SECURITY FUNDS. THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE INSURANCE DEPARTMENT PERTAINING TO POLICY FORMS.

**Sub-Total Premium:** $ 2,671.00
**Total Taxes and Fees:** $ 200.97
**Total Policy Premium:** $ 2,871.97
**Minimum Earned Premium:** $ 668.00

THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

HOS-D-2 (8-01)                                    07-28-15    ALAN
                                                              ALAN

Retail Agent Copy

# HOMEOWNER POLICY DECLARATIONS

**SCOTTSDALE INSURANCE COMPANY®**
Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number:** HOS1170272

**Renewal of Number:** HOS1127636

**Named Insured and Mailing Address:**
ARIF S IZMIRLIGIL
15 SAILORS CT
MILLER PLACE NY 11764

**General Agent:** SOVEREIGN INSURANCE SERVICES, INC
**Insured's Producer:**
**Agent No.:**      **Program No.:**

**Policy Period:** From: 07-26-2014  To: 07-26-2015  **Term:** 1 Year
12:01 A.M. Standard Time at the Described Location.

This insurance applies to the Residence Premises, Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
15 SAILORS CT, MILLER PLACE, NY 11764

| Property Coverages: | Limits of Liability | Premiums |
|---|---|---|
| A—Dwelling | $ 500,000 | $ 2,572 |
| B—Other Structures | $ 50,000 | $ INCLUDED |
| C—Personal Property | $ 250,000 | $ INCLUDED |
| D—Loss of Use | $ 50,000 | $ INCLUDED |

**Additional Perils Insured Against:** Limits of Liability   Premiums

| Liability Coverages: | Limits of Liability | Premiums |
|---|---|---|
| E—Personal Liability | $ 500,000 | $ 55 |
| F—Medical Payments to Others | $ 5,000 | $ 44 |

| Optional Coverages: | Limits of Liability | Premiums |
|---|---|---|
| Loss Assessment | $ 1,000 | $ INCLUDED |

**Deductibles:** Property Deductible(s): $ 1,000   Wind/Hail: 5%   Earthquake:
Personal Liability Deductible:

**Form(s) and endorsement(s) made part of this policy for this location:** See Schedule of Forms and Endorsements - Form UTS-SP-2L
**Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:**
See Schedule of Mortgagee(s), Additional Insured(s) and Leinholder(s) - Form UTS-264

**Rating Information:** Year of Construction: 1988  Territory: 002  Fire District or Town:  Protection Class: 04
Construction: FRAME    No. of Families: 1         Occupancy: PRIMARY
Feet From Hydrant:   Miles From Fire Station:   Square Feet: 5000

**Policy Totals:** THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION, AND IN THE EVENT OF THE INSOLVENCY OF THE INSURER(S); NOT PROTECTED BY THE NEW YORK STATE SECURITY FURNDS. THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE DEPARTMENT OF FINANCIAL SERVICES PERTAINING TO POLICY FORMS.

Billed to: AGENT
No Flat Cancellation

**Sub-Total Premium:** $ 2,671.00
$
**Total Taxes and Fees:** $ 201.50
**Total Policy Premium:** $ 2,872.50
**Minimum Earned Premium:** $ 668.00

THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

HOS-D-2 (8-01)                  07-25-14  ALAN ALAN

Mortgagee Copy

# HOMEOWNER POLICY DECLARATIONS

## SCOTTSDALE INSURANCE COMPANY®

Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number:** HOS1127636

**Renewal of Number:** HOS1094418

**Named Insured and Mailing Address:**
ARIF S IZMIRLIGIL
15 SAILORS CT
MILLER PLACE NY 11764

**General Agent:** SOVEREIGN INSURANCE SERVICES, INC

**Insured's Producer:**

**Agent No.:**  **Program No.:**

**Policy Period:** From: 07-26-2013  To: 07-26-2014  **Term:** 1 Year
12:01 A.M. Standard Time at the Described Location.

This insurance applies to the Residence Premises, Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
15 SAILORS CT, MILLER PLACE, NY 11764

| Property Coverages: | Limits of Liability | Premiums |
|---|---|---|
| A—Dwelling | $ 500,000 | $ 2,572 |
| B—Other Structures | $ 50,000 | $ INCLUDED |
| C—Personal Property | $ 250,000 | $ INCLUDED |
| D—Loss of Use | $ 50,000 | $ INCLUDED |
| Additional Perils Insured Against: | Limits of Liability | Premiums |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Liability Coverages: | Limits of Liability | Premiums |
| E—Personal Liability | $ 500,000 | $ 55 |
| F—Medical Payments to Others | $ 5,000 | $ 44 |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Optional Coverages: | Limits of Liability | Premiums |
| Loss Assessment | $ 1,000 | $ INCLUDED |
| | $ | $ |
| | $ | $ |
| | $ | $ |

**Deductibles:** Property Deductible(s): $ 1,000  Wind/Hail: 5%  Earthquake:
**Personal Liability Deductible:**

**Form(s) and endorsement(s) made part of this policy for this location:** See Schedule of Forms and Endorsements - Form UTS-SP-2L
**Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:**
NONE

**Rating Information:** Year of Construction: 1988  Territory: 002  Fire District or Town:  Protection Class: 04
Construction: FRAME  No. of Families: 1  Occupancy: PRIMARY
Feet From Hydrant:  Miles From Fire Station:  Square Feet: 5000

**Policy Totals:** THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED
BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS
Billed to: AGENT SUPERVISION, AND IN THE EVENT OF THE INSOLVENCY
OF THE INSURER, NOT PROTECTED BY THE NEW YORK
No Flat Cancellations STATE SECURITY FUNDS. THE POLICY MAY NOT BE
SUBJECT TO ALL OF THE REGULATIONS OF THE
DEPARTMENT OF FINANCIAL SERVICES PERTAINING TO
POLICY FORMS.

**Sub-Total Premium:** $ 2,671.00
$
**Total Taxes and Fees:** $ 201.50
**Total Policy Premium:** $ 2,872.50
**Minimum Earned Premium:** $ 668.00

THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

HOS-D-2 (8-01)                                                                                   07-26-13   ALAN
                                                                                                              ALAN

Retail Agent Copy

# HOMEOWNER POLICY DECLARATIONS

**SCOTTSDALE INSURANCE COMPANY**
Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number:** HOS1094418

**Renewal of Number:** HOS1070201

**Named Insured and Mailing Address:**
ARIF S IZMIRLIGIL
15 SAILORS CT
MILLER PLACE NY 11764

**General Agent:** SOVEREIGN INSURANCE SERVICES, INC
**Insured's Producer:**

**Policy Period:** From: 07-26-2012  To: 07-26-2013  Term: 1 Year
12:01 A.M. Standard Time at the Described Location.

This insurance applies to the Residence Premises, Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
15 SAILORS CT, MILLER PLACE, NY 11764

| Property Coverages: | Limits of Liability | Premiums |
|---|---|---|
| A—Dwelling | $ 500,000 | $ 2,279 |
| B—Other Structures | $ 50,000 | $ INCLUDED |
| C—Personal Property | $ 250,000 | $ INCLUDED |
| D—Loss of Use | $ 50,000 | $ INCLUDED |

| Liability Coverages: | Limits of Liability | Premiums |
|---|---|---|
| E—Personal Liability | $ 500,000 | $ 55 |
| F—Medical Payments to Others | $ 5,000 | $ 44 |

| Optional Coverages: | Limits of Liability | Premiums |
|---|---|---|
| Loss Assessment | $ 1,000 | $ INCLUDED |

**Deductibles:** Property Deductible(s): $ 1,000   Wind/Hail: 5%   Earthquake:
Personal Liability Deductible:

Form(s) and endorsement(s) made part of this policy for this location: See Schedule of Forms and Endorsements - Form UTS-SP-2L
Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:
NONE

**Rating Information:** Year of Construction: 1988  Territory: 002  Fire District or Town:  Protection Class: 04
Construction: FRAME   No. of Families: 1   Occupancy: PRIMARY
Feet From Hydrant:   Miles From Fire Station:   Square Feet: 5000

THE INSURED(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION AND IN THE EVENT OF THE INSOLVENCY OF THE INSURER(S), NOT PROTECTED BY THE NEW YORK STATE SECURITY FUNDS. THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE INSURANCE DEPARTMENT PERTAINING TO POLICY FORMS.

**Policy Totals:**
Billed to: AGENT
No Flat Cancellations

Sub-Total Premium: $ 2,378.00
Total Taxes and Fees: $ 190.37
**Total Policy Premium: $ 2,568.37**
Minimum Earned Premium: $ 594.00

THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

HOS-D-2 (8-01)                                           07-26-12   ALAN
                                                                    ALAN
Retail Agent Copy

# HOMEOWNER POLICY DECLARATIONS

## SCOTTSDALE INSURANCE COMPANY®

Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number:** HOS1070201

**Renewal of Number:** HOS0424501

**Named Insured and Mailing Address:**
ARIF S IZMIRLIGIL
15 SAILORS CT
MILLER PLACE NY 11764

**General Agent:** SOVEREIGN INSURANCE SERVICES, INC

**Insured's Producer:**

**Agent No.:**   **Program No.:**

**Policy Period:** From: 07-26-2011  To: 07-26-2012  Term: 1 Year
12:01 A.M. Standard Time at the Described Location.

This insurance applies to the Residence Premises, Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
15 SAILORS CT, MILLER PLACE, NY 11764

| Property Coverages: | Limits of Liability | Premiums |
|---|---|---|
| A—Dwelling | $ 500,000 | $ 2,279 |
| B—Other Structures | $ 50,000 | $ INCLUDED |
| C—Personal Property | $ 250,000 | $ INCLUDED |
| D—Loss of Use | $ 50,000 | $ INCLUDED |

**Additional Perils Insured Against:**      Limits of Liability         Premiums

| Liability Coverages: | Limits of Liability | Premiums |
|---|---|---|
| E—Personal Liability | $ 500,000 | $ 55 |
| F—Medical Payments to Others | $ 5,000 | $ 44 |

| Optional Coverages: | Limits of Liability | Premiums |
|---|---|---|
| Loss Assessment | $ 1,000 | $ INCLUDED |

**Deductibles:** Property Deductible(s): $ 1,000    Wind/Hail: 5%    Earthquake:
Personal Liability Deductible:

**Form(s) and endorsement(s) made part of this policy for this location:** See Schedule of Forms and Endorsements - Form UTS-SP-2L

**Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:**
NONE

**Rating Information:** Year of Construction: 1988  Territory: 002  Fire District or Town:   Protection Class: 04
Construction: FRAME   No. of Families: 1   Occupancy: PRIMARY
Feet From Hydrant:   Miles From Fire Station:   Square Feet: 5000

**Policy Totals:**

Billed to: AGENT

No Flat Cancellations

THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION, AND IN THE EVENT OF THE INSOLVENCY OF THE INSURER(S), NOT PROTECTED BY THE NEW YORK STATE SECURITY FUNDS. THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE INSURANCE DEPARTMENT PERTAINING TO POLICY FORMS.

Sub-Total Premium: $ 2,378.00

Total Taxes and Fees: $ 190.37
**Total Policy Premium:** $ 2,568.37
Minimum Earned Premium: $ 594.00

THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

HOS-D-2 (8-01)                                07-19-11    ALAN
                                                          ALAN

# HOMEOWNER POLICY DECLARATIONS

**SCOTTSDALE INSURANCE COMPANY®**
Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number**
HOS0424501

Renewal of Number: HOS0398683

Named Insured and Mailing Address:
ARIF S IZMIRLIGIL
15 SAILORS CT
MILLER PLACE NY 11764

General Agent: SOVEREIGN INSURANCE SERVICES, INC
Insured's Producer:

Agent No.:           Program No.:

Policy Period: From: 07-26-2010   To: 07-26-2011   Term: 1 Year
12:01 A.M. Standard Time at the Described Location.

This insurance applies to the Residence Premises, Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
15 SAILORS CT, MILLER PLACE, NY 11764

| Property Coverages: | Limits of Liability | Premiums |
|---|---|---|
| A—Dwelling | $ 500,000 | $ 2,279 |
| B—Other Structures | $ 50,000 | $ INCLUDED |
| C—Personal Property | $ 250,000 | $ INCLUDED |
| D—Loss of Use | $ 50,000 | $ INCLUDED |

Additional Perils Insured Against:   Limits of Liability   Premiums

| Liability Coverages: | Limits of Liability | Premiums |
|---|---|---|
| E—Personal Liability | $ 500,000 | $ 55 |
| F—Medical Payments to Others | $ 5,000 | $ 44 |

| Optional Coverages: | Limits of Liability | Premiums |
|---|---|---|
| Loss Assessment | $ 1,000 | $ INCLUDED |

Deductibles: Property Deductible(s): $ 1,000   Wind/Hail: 5%   Earthquake:
Personal Liability Deductible:

Form(s) and endorsement(s) made part of this policy for this location: See Schedule of Forms and Endorsements - Form UTS-SP-2L
Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:
NONE

Rating Information:   Year of Construction: 1988   Territory: 002   Fire District or Town:   Protection Class: 04
Construction: FRAME         No. of Families: 1           Occupancy: PRIMARY
Feet From Hydrant:   Miles From Fire Station:   Square Feet: 5000

Policy Totals:                                                                 Sub-Total Premium: $ 2,378.00
Billed to: AGENT
No Flat Cancellations

THE INSURER(S) NAMED HEREIN IS (ARE) NOT
LICENSED BY THE STATE OF NEW YORK, NOT
SUBJECT TO ITS SUPERVISION, AND IN THE
EVENT OF THE INSOLVENCY OF THE INSURER(S),
ARE NOT PROTECTED BY THE NEW YORK STATE
SECURITY FUNDS. THE POLICY MAY NOT BE
SUBJECT TO ALL OF THE REGULATIONS OF THE
INSURANCE DEPARTMENT PERTAINING TO
POLICY FORMS.

Total Taxes and Fees: $ 190.37
**Total Policy Premium:** $ 2,568.37
Minimum Earned Premium: $ 594.00

THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A
PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

HOS-D-2 (8-01)                              07-27-10   ALAN
                                                       ALAN
Insured Copy

UTS-SP-2L (12/95)

Insured Copy

## HOMEOWNER POLICY DECLARATIONS

**NEW ISSUE**

**SCOTTSDALE INSURANCE COMPANY**
Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number:** HOS0398683

**Renewal of Number:** NEW

**Named Insured and Mailing Address:**
ARIF S IZMIRLIGIL
15 SAILORS CT
MILLER PLACE NY 11764

**General Agent:** SOVEREIGN INSURANCE SERVICES, INC
**Insured's Producer:**

**Agent No.:** 31002    **Program No.:**

**Policy Period:** From: 07-26-2009  To: 07-26-2010  **Term:** 1 Year
12:01 A.M. Standard Time at the Described Location.

This insurance applies to the Residence Premises, Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
15 SAILORS CT, MILLER PLACE, NY 11764

| Property Coverages: | Limits of Liability | Premiums |
|---|---|---|
| A—Dwelling | $ 500,000 | $ 2,279 |
| B—Other Structures | $ 50,000 | $ INCLUDED |
| C—Personal Property | $ 250,000 | $ INCLUDED |
| D—Loss of Use | $ 50,000 | $ INCLUDED |

**Additional Perils Insured Against:** Limits of Liability / Premiums

| Liability Coverages: | Limits of Liability | Premiums |
|---|---|---|
| E—Personal Liability | $ 500,000 | $ 55 |
| F—Medical Payments to Others | $ 5,000 | $ 44 |

| Optional Coverages: | Limits of Liability | Premiums |
|---|---|---|
| Loss Assessment | $ 1,000 | $ INCLUDED |

**Deductibles:** Property Deductible(s): $ 1,000   Wind/Hail: 5%   Earthquake:
**Personal Liability Deductible:**

**Form(s) and endorsement(s) made part of this policy for this location:** See Schedule of Forms and Endorsements - Form UTS-SP-2L

**Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:**
NONE

**Rating Information:**
Protection Class: 04
Feet From Hydrant:
Year of Construction: 1988
Construction: FRAME
Miles From Fire Station:
Territory: 002
No. of Families: 1
Square Feet: 5000
Fire District or Town:
Occupancy: PRIMARY

**Policy Totals:**                                    Sub-Total Premium: $ 2,378.00

Billed to: AGENT

No Flat Cancellations

Total Taxes and Fees: $ 265.37
Total Policy Premium: $ 2,643.37
Minimum Earned Premium: $ 594.00

THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

HOS-D-2 (8-01)                                       07-27-09    ALAN
                                                                 ALAN

Insured Copy