AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| Dr. Arif S. Izmirligil, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Select Portfolio Servicing, Inc., Assurant, Inc., and American Security Insurance Company, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 17-CV-06157 JFB-AYS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Assurant, Inc.
c/o Corporation Service Company
80 State Street
Albany, New York 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of David L. Singer, P.C.
150 Broadhollow Road, Suite 122
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/25/2017

S/ Jean Bollbach

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Dr. Arif S. Izmirligil, )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 17-CV-06157 JFB-AYS
Select Portfolio Servicing, Inc., Assurant, Inc., and )
American Security Insurance Company, )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Select Portfolio Servicing, Inc.
c/o Corporation Service Company
80 State Street
Albany, New York 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of David L. Singer, P.C.
150 Broadhollow Road, Suite 122
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/25/2017                                          S/ Jean Bollbach
                                                          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Dr. Arif S. Izmirligil,

*Plaintiff(s)*

v.

Select Portfolio Servicing, Inc., Assurant, Inc., and American Security Insurance Company,

*Defendant(s)*

Civil Action No. 17-CV-06157 JFB-AYS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Security Insurance Company
c/o New York Department of Financial Services
One State Street
New York, New York 10004-1511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of David L. Singer, P.C.
150 Broadhollow Road, Suite 122
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: 10/25/2017

S/ Jean Bollbach

*Signature of Clerk or Deputy Clerk*

