# EXHIBIT A



**Financial Breakdown Statement**
Data date:01/28/2018 02:14:05PM
Loan Number:

## Financial Breakdown Summary

### Borrower / Loan Information

| Loan Number: | | Loan Status: | LIT | Interest Type: | FIXED |
|---|---|---|---|---|---|
| Borrower: | IZMIRLIGIL, ARIF | Due Date: | 05/01/2009 | Modified Date: | MM/DD/YYYY |
| Co-Borrower: | - | MI Coverage: | No | Restricted Escrow | $0.00 |
| Address: | 15 SAILORS CT | Acquisition Date: | 11/01/2013 | BK Case #: | |
| City: | MILLER PLACE | Maturity Date: | 08/01/2036 | BK Chapter: | |
| State: | NY | Stop Adv date: | MM/DD/YYYY | BK Filing Date: | |
| County: | Suffolk | Last Payment Date: | | Prepared Date: | 01/28/2018 |

### Financial Information

| | | | |
|---|---|---|---|
| **Unpaid Principal Balance** | | | $1,069,099.60 |
| | Principal Balance | $1,069,099.60 | |
| | Deferred Balance | $0.00 | |
| **Accrued Interest** | | | $633,884.62 |
| | Interest From Date | 04/01/2009 | |
| | Good-thru Date | 02/27/2018 | |
| | Interest Rate | 7.12500% | |
| | Per Diem Rate | $178.18 | |
| **Escrow Advance Balance** | | | $288,667.81 |
| | Taxes | $263,955.03 | |
| | Insurance | $24,712.78 | |
| | Mortgage Insurance | $0.00 | |
| **MIP / PMI** | | | $0.00 |
| **Advance Balance** | | | $7,443.00 |
| | Valuations | $89.00 | |
| | Preservation | $0.00 | |
| | Inspections | $141.00 | |
| | FC Fees | ▇ | |
| | FC Costs | ▇ | |
| | BK Fees | $0.00 | |
| | BK Costs | $0.00 | |
| | Postage | $0.00 | |
| | Misc. | $0.00 | |
| **Late Charges** | | | $0.00 |
| **NSF Fees** | | | $0.00 |
| **Fax Fees** | | | $0.00 |
| **Payoff Fees** | | | $0.00 |
| **Interest on Advance** | | | $0.00 |
| **Misc.** | | | $0.00 |
| **Unapplied Funds** | | | ($497.07) |
| **TOTAL** | | | $1,998,597.96 |

### Foreclosure Name

The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Corporation Multi-Class Mortgage Pass-Through Certificates, Series 2006-S2



**Financial Breakdown Statement**
Data date:01/28/2018 02:14:05PM
Loan Number:

### Financial Breakdown Details

| Transaction Date | Transaction Description | Late Charges | Late Charges Balance | NSF Charges | NSF Charges Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow / Advance Activity | Escrow / Advance Balance | Other Fees | Other Fees Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|



**Financial Breakdown Statement**
Data date:01/28/2018 02:14:05PM
Loan Number:

| Date | Type | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2013 | City Tax | | $0.00 | | $0.00 | | $5,728.83 | $14,665.50 | $154,696.58 | $0.00 |
| 01/08/2014 | PROP INSPECTION | | $0.00 | | $0.00 | $15.00 | $5,743.83 | | $154,696.58 | $0.00 |
| 01/14/2014 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $5,743.83 | $2,508.00 | $157,204.58 | $0.00 |
| 01/24/2014 | PROP VALUATION | | $0.00 | | $0.00 | $89.00 | $5,832.83 | | $157,204.58 | $0.00 |
| 02/05/2014 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $5,832.83 | $836.00 | $158,040.58 | $0.00 |
| 03/10/2014 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $5,832.83 | $836.00 | $158,876.58 | $0.00 |
| 04/01/2014 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $5,832.83 | $836.00 | $159,712.58 | $0.00 |
| 05/06/2014 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $5,832.83 | $836.00 | $160,548.58 | $0.00 |
| 05/12/2014 | City Tax | | $0.00 | | $0.00 | | $5,832.83 | $14,665.50 | $175,214.08 | $0.00 |
| 06/03/2014 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $5,832.83 | $836.00 | $176,050.08 | $0.00 |
| 06/30/2014 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $5,832.83 | $836.00 | $176,886.08 | $0.00 |
| 07/14/2014 | Hazard Premium Refund | | $0.00 | | $0.00 | | $6,020.33 | ($181.00) | $176,705.08 | $0.00 |
| 07/14/2014 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $6,020.33 | $2,872.00 | $179,577.08 | $0.00 |

**SPS** SELECT *Portfolio* SERVICING, inc.

**Financial Breakdown Statement**
Data date: 01/28/2018 02:14:05PM
Loan Number:

| Date | Type | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/2014 | City Tax | | $0.00 | | $0.00 | | $8,020.33 | $15,004.11 | $194,581.19 | $0.00 |
| 05/18/2015 | City Tax | | $0.00 | | $0.00 | | $8,020.33 | $15,004.11 | $209,585.30 | $0.00 |
| 07/06/2015 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $8,020.33 | $2,871.97 | $212,457.27 | $0.00 |
| ▅ | ▅ | | ▅ | | ▅ | | ▅ | | ▅ | ▅ |
| 12/21/2015 | City Tax | | $0.00 | | $0.00 | | $7,443.00 | $15,522.08 | $227,979.35 | $0.00 |
| 05/09/2016 | City Tax | | $0.00 | | $0.00 | | $7,443.00 | $15,522.07 | $243,501.42 | $0.00 |
| 06/24/2016 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $7,443.00 | $2,871.97 | $246,373.39 | $0.00 |
| 12/21/2016 | City Tax | | $0.00 | | $0.00 | | $7,443.00 | $15,625.00 | $261,998.39 | $0.00 |
| 05/09/2017 | City Tax | | $0.00 | | $0.00 | | $7,443.00 | $15,624.99 | $277,623.38 | $0.00 |
| 06/28/2017 | Homeowners/Fire Insurance | | $0.00 | | $0.00 | | $7,443.00 | $2,871.70 | $280,495.08 | $0.00 |
| 11/02/2017 | Hazard Premium Refund | | $0.00 | | $0.00 | | $7,443.00 | ($7,343.00) | $273,152.08 | $0.00 |
| 12/19/2017 | City Tax | | $0.00 | | $0.00 | | $7,443.00 | $15,515.73 | $288,667.81 | $0.00 |
| 01/28/2018 | | | $0.00 | | $0.00 | | $7,443.00 | | $288,667.81 | $0.00 |