UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

DR. ARIF S. IZMIRLIGIL,

    Plaintiff,

    – against –

SELECT PORTFOLIO SERVICING, INC., et al.,

    Defendants.
----------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 07 2018 ★

LONG ISLAND OFFICE

ORDER
17-CV-6157 (JFB) (AYS)

JOSEPH F. BIANCO, District Judge:

For the reasons set forth in detail on the record during the telephone conference held on September 7, 2018, IT IS HEREBY ORDERED that the motions to dismiss are denied without prejudice to renewal.  IT IS FURTHER ORDERED that plaintiff is granted leave to conduct additional discovery relating to the issue of standing, and that plaintiff shall submit a letter to the Court by September 21, 2018 stating whether the parties have agreed on a discovery schedule. IT IS FURTHER ORDERED that plaintiff will be given an opportunity to file a motion to amend once the standing issue has been resolved.

SO ORDERED.

*Joseph Bianco*

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    September 7, 2018
             Central Islip, New York