**CIVIL CAUSE FOR TELEPHONE BENCH RULING**
BEFORE JUDGE BIANCO

September 7, 2018                                          TIME:   2:40 p.m.
                                                           TIME IN COURT:   10   min.

CASE NUMBER   CV-17-6157 JFB:

TITLE:        **Izmirligil v. Select Portfolio Servicing, Inc. et al.**

PLTFFS ATTY:       David Singer
                    X   present              ____ not present

DEFTS ATTY:        Kenneth Flickinger, Frank Burt, and Brian Perrymann
                         X present            ____ not present

FTR:2:40-           COURTROOM DEPUTY: Michele Savona

OTHER: ____

 X     CASE CALLED.

 X     CONFERENCE HELD

____   ARGUMENT HEARD.

 X    DECISION MADE ON THE RECORD.

**OTHER:** Submit a letter to the court by 1/8/19.