# THE LAW OFFICES OF DAVID L. SINGER, P.C.
150 Broadhollow Road • Suite 122 • Melville, New York 11747
Tel: (631) 923-2399 • Fax: (888) 321-8679
www.davidlsingerpc.com

DAVID L. SINGER, ESQ.
singer@davidlsingerpc.com

September 21, 2018

**VIA ECF**

Chambers of the Hon. Joseph F. Bianco, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza Central Islip, New York 11722

Re: **Status on Discovery**
Izmirligil v. Select Portfolio Servicing, Inc., et al. - 17-cv-06157

Your Honor:

We are writing in accordance with your previous Order to advise the court of the status of the parties attempt to agree on a schedule and scope for the discovery ordered by Your Honor.

I sent the enclosed letter to defendants' attorneys outlining a proposed discovery schedule along with draft proposed discovery demands to provide them with an idea of what items we would be seeking.

I spoke to Mr. Flickinger, counsel for defendant, SPS Inc., on Tuesday, September 18, 2018 and we discussed the proposed scheduling and discovery demands. There were some items that we were in agreement about, however, there were also some areas of disagreement. I received an email from Mr. Flickinger today echoing this sentiment.

Therefore, based on our phone call, it is respectfully requested that Your Honor refer the matter to Magistrate Judge Shields for a conference for discussion and resolution of any outstanding issues concerning the Court ordered discovery in this matter.

Respectfully submitted,

THE LAW OFFICES OF DAVID L. SINGER, P.C.

By: David L. Singer, Esq.

**Enclosures**
Copy to All Counsel Via ECF