## CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE JUDGE BIANCO

October 16, 2018                                    TIME: 1:45 p.m.

TIME IN COURT: 16 min.

CASE NUMBER: CV17-6157

TITLE:          **Izmirligil v. Select Portfolio Servicing, Inc. et al.**

PLTFFS ATTY:      David Singer

 X present                    not present

DEFTS ATTY:      Kenneth Flickinger, Frank Burt, and Brian Perrymann

 X present                    not present

FTR: 1:45-1:56          COURTROOM DEPUTY: Michele Savona

 X      CASE CALLED.

 X      CONFERENCE HELD.

_____      ARGUMENT HEARD.

_____      DECISION MADE ON THE RECORD.

OTHER: Letter to be submitted to the court by 12/17/18.