

**ARIF S. IZMIRLIGIL, D.D.S.**
4665 Nesconset Hwy.
Port Jefferson Station, NY 11776

Telephone: (631) 642-1600
Fax: (631) 642-9281



F I L E D
U.S. IN O...

☆ DEC 20 2018

LONG ISLAND OFFICE

<u>VIA Overnight Mail and Pro se office</u>                                December 11, 2018

Chambers of the Hon. Joseph F. Bianco, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

0657(JFB)(AYS)

RE: <u>Dr. Izmirligil v. Select Portfolio, Inc, et al, Case No: 17-cv-0657</u>

Dear Hon. Bianco:

    I am the plaintiff, currently acting pro se on the above captioned action, and respectfully informing your Honor – as per your Honor's October 18, 2018 order- that I have retained Dahiya Law Offices, LLC to represent me in the subject litigation, and Mr Karamvir Dahiya, Esq will become attorney on the record on or around December 18, 2018, before the final date of STAY, as per your Honor's direction.

    Additionally, I respectfully inform your Honor that I am filing my "Supplemental Verified Complaint" against the same defendant SPS, Inc based on its RESPA and FDCPA violation, today, due to the possible "Statute of Limitation " issue – although your Honor granted my request to amend the above captioned action – where my two (2) actions may be consolidated pursuant to Local Rule 50.3.1(e) (Assignment of Related Cases), since I am currently acting as pro se in the both cases, and that also helps the Judiciary saving time in proceeding of both related actions.

**CC:**
Dahiya Law Offices, LLC

Eckert Seamans,  LLC
Attorneys for SPS, Inc.

Carlton Fields
Attorneys for Insurance Defendants

Respectfully Submitted

Dr. Arif S. Izmirligil
15 Sailors Court
Miller Place, NY 11764
(631)928- 7660
yesizm@aol.com

RECEIVED

DEC 21 2018

EDNY PRO SE OFFICE