CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE
BEFORE JUDGE BIANCO

2/4/19                                                          TIME: 3:30 p.m.
                                                                TIME IN COURT: 16 min.

CASE NUMBER: CV17-6157

TITLE:          **Izmirligil v. Select Portfolio Servicing, Inc. et al.**

PLTFFS ATTY:    Karamvir Dahiya
                 X present              ____ not present


DEFTS ATTY:     Kenneth Flickinger and Frank Burt
                 X present              ____ not present


FTR: 3:30-3:40                    COURTROOM DEPUTY: Michele Savona


 X      CASE CALLED.

 X      CONFERENCE HELD.

____    ARGUMENT HEARD.

____    DECISION MADE ON THE RECORD.

OTHER: The court request the Judge Shields schedule a discovery conference.