# DAHIYA LAW OFFICES LLC
*Attorneys*
75 Maiden Lane Suite 506
New York, New York 10038
Tel: 212-766 8000   Fax: 212 766 8001
karam@legalpundit.com

May 20, 2019

Hon. Lois Bloom
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  *Izmirligil v. Select Portfolio Servicing, Inc., et. al.*
        Case No. 17-cv- 6157

Dear Judge Bloom,

    I received the attached letter from the plaintiff, Mr. Arif S. Izmirligil.  Mr. Izmirligil requests adjournment of this conference call so that he could get a new lawyer to represent him.  He requests 3 weeks adjournment.  I have been discharged by Mr. Izmirligil. Thank you for your consideration.

        Yours sincerely,

          */s/karamvir dahiya*

          _____
          Karamvir Dahiya, Esq.