

ARIF S. IZMIRLIGIL, D.D.S.
4665 Nesconset Hwy.
Port Jefferson Station, NY 11776

Telephone: (631) 642-1600
Fax: (631) 642-9281

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 16 2019 ★
LONG ISLAND OFFICE

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

May 15, 2019

Via ECF – Pro se office

**RE: Izmirligil v. SPS, Inc, et al, Case No: 17-cv-6157 (PKC)(LB)**

Dear Judge Chen:

    I am the Plaintiff represented with Mr Karamvir Dahiya, Esq. in the above action, and I am respectfully informing your Honor that Mr. Dahiya is discharged for cause by me, as of May 15, 2019, for his failure to obey the April 4, 2019 Discovery Order of Magistrate Judge Bloom, in this action, in addition to his failure to comply with Attorney Retainer Agreement.

    As your Honor may recognize that " A client has an absolute right, at any time, with or without cause, to terminate the attorney – client relationship by discharging the attorney" ( Campagnola v. Mulholland, Mimion & Roe, 76 NY 2d 38, 43 [1990]), and "[A]n attorney who is discharged for cause ...is not entitled to compensation or lien"(Campagnola v. Mulholland, Mimion &Roe, 76 NY 2d at 44) where attorney Dahiya has been paid in full in advance for legal services in which he has not performed yet!

    While I am currently communicating with another law firm to replace Dahiya – not just for the 2017 case, also my other 2018 case – to became attorney on the record(s) of both cases; However, at this juncture, it has become necessary to adjourn the May 21, 2019 conference call ordered by Hon. Bloom for the Discovery dispute that I have kindly requested Mr Dahiya to adjourn the same by contacting this Honorable Court, but somehow ignored, and accordingly, I am respectfully requesting a three(3) weeks adjournment, on or around June 11, 2019.

    I will be informing your Honor whether I will be represented by another law firm or will proceed as pro se in both 2017 and 2018 cases, where I have drafted both of my cases, (e.g complaints, oppositions, MOL, etc) on or before June 11, 2019.

    Thank you for your Honor's consideration of this matter.

CC:
.Karamvir Dahiya, Esq.
.Kenneth J. Flickinger, Esq.
.Frank Burt, Esq.

**Via Regular Mail**

Respectfully Submitted,

*[signature]*

Dr Arif S. Izmirligil
Plaintiff/ pro se
15 Sailors Court
Miller Place, NY 11764
(T)(631)928-7660
(F)(631642-9281
(E) yesizm@aol.com

Case 2:17-cv-06157-PKC-LB Document 50-1 Filed 05/20/19 Page 2 of 2 PageID #: 953

**From:** Yesim Izmirligil <yesizm@aol.com>
**To:** karam <karam@legalpundit.com>
**Subject:** Notice of Discharge for Cause
**Date:** Wed, May 15, 2019 10:48 pm

Counselor,
As of today May 15,2019, you are discharged for cause, by me and you are not allowed to act as an attorney in behalf of me. Also, you'll be directed soon with respect to the action by me with Attorney Grievance Committee.
Dr Arif S. Izmirligil

Case 2:17-cv-06157-PKC-LB Document 50-1 Filed 05/20/19 Page 2 of 2 PageID #: 953